Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

**troutman**
**pepper**

troutman.com

---

**Stephen Steinlight**
212.704.6008
stephen.steinlight@troutman.com

August 16, 2024

**VIA ECF**

Honorable Kenneth M. Karas U.S.D.C.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:    *Hiram Colon v. Equifax Information Services LLC, Experian Information Solutions, Inc., and Capital One Financial Corp.* Civil Action No.: 7:24-cv-04618

Your Honor:

We represent Defendant Capital One, N.A. (improperly pleaded "Capital One Financial Corp") (hereafter referred to as "Capital One") in the above-referenced action. With the consent of Plaintiff Hiram Colon ("Plaintiff"), Capital One respectfully requests an adjournment of the September 5, 2024 Initial Conference. The reason for this adjournment is that the undersigned, lead counsel for Capital One, will be out of the country between August 25, 2024 and September 17, 2024. Accordingly, Capital One requests an adjournment of the Initial Conference to a date on or after September 23, 2024. Further, to the extent the Court is willing and able to accommodate, it is requested that the conference be held virtually or telephonically. Plaintiff joins Capital One is the latter request.

We thank the Court for its consideration of the foregoing.

Respectfully submitted,

*s/ Stephen J. Steinlight*
Stephen J. Steinlight

cc: All counsel of record (via ECF)

*The conference will proceed via telephone (888) 363-4749 Access Code: 7702195*

**SO ORDERED**

**HON. KENNETH M. KARAS U.S.D.J.**
8/16/2024

301105899v1