Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

**troutman pepper**

troutman.com

---

**Stephen Steinlight**
212.704.6008
stephen.steinlight@troutman.com

August 16, 2024

**VIA ECF**

Honorable Kenneth M. Karas U.S.D.C.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**Re:** *Hiram Colon v. Equifax Information Services LLC, Experian Information Solutions, Inc., and Capital One Financial Corp.* **Civil Action No.: 7:24-cv-04618**

Your Honor:

We represent Defendant Capital One, N.A. (improperly pleaded "Capital One Financial Corp") (hereafter referred to as "Capital One") in the above-referenced action. By letter dated August 16, 2024, Capital One requested an adjournment of the September 5, 2024 Initial Conference, and that the Conference be held virtually. By Order dated August 16, 2024, Your Honor granted the request for the virtual Conference, however, the Conference was not adjourned.

With the consent of Plaintiff, Capital One respectfully requests the September 5, 2024 Initial Conference be adjourned to a date on or after September 23, 2024, as the undersigned, lead counsel for Capital One, will be out of the country between August 25, 2024 and September 17, 2024.

We thank the Court for its consideration of the foregoing.

Respectfully submitted,

*s/ Stephen J. Steinlight*
Stephen J. Steinlight

cc: All counsel of record (via ECF)

301105899v1

*Granted. The Court will hold a conference via telephone on 9/23/24 at 2:00 p.m.*

**SO ORDERED:**

**HON. KENNETH M. KARAS U.S.D.J.**
8/19/2024